JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ESPINOZA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No: 2:23-CV-03718-svw-jc<br>Judge Stephen V. Wilson<br><br>[PROPOSED] ORDER<br><br>Action Filed:　　April 3, 2023 |

///
///
///
///
///
///
///
///
///

# ORDER

With good cause appearing, it is hereby ordered that the above-entitled matter be dismissed with prejudice.

Dated: October 12, 2023

_____
The Honorable Judge Stephen V. Wilson